COPY
Original Received
AUG 16 2023
Clerk of the Trial Courts

Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907)276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT IN ANCHORAGE

| | |
|---|---|
| GLORIA SHRIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| COSTCO WHOLESALE CORP. ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3AN-23-0781 CI | |

## COMPLAINT

COMES NOW the plaintiff, GLORIA SHRIVER, by and through her attorneys, BARBER & ASSOCIATES, LLC, and for her complaint against defendant COSTCO WHOLESALE CORP., does state and allege as follows:

1. At all times material hereto, plaintiff was and is a resident of the Third Judicial District, Alaska.

4713/01 Complaint
Shriver v. Costco Wholesale Corp.
Page 1

Case 3:23-cv-00216-HRH    Document 1-1    Filed 09/18/23    Page 1 of 4

3. The defendant is liable for the actions and/or failures to act of its employees under theories of vicarious liability and/or agency and/or respondeat superior.

4. The defendant was doing business as Costco Wholesale at 4125 DeBarr Rd., Anchorage, Alaska.

5. The defendant owned and/or managed and/or occupied and/or controlled the premises located at 4125 Debarr Rd., Anchorage, Alaska.

6. On or about 10/14/21, the plaintiff was a customer at the defendant's store at 4125 Debarr Rd., Anchorage, Alaska when one of the defendant's employees negligently collided with the plaintiff with a cart, thereby causing severe and permanent injury to the plaintiff for which the defendant is liable.

7. The defendant's employee had a duty to use care and diligence to avoid colliding the cart into other people.

8. The defendant's employee breached the duty of care and diligence when the employee collided into the plaintiff with the cart.

9. The defendant's employee was negligent.

10. The negligence of the defendant's employee was a substantial factor in causing harm to the plaintiff.

11. The plaintiff was not negligent.

4713/01 Complaint
Shriver v Costco Wholesale Corp.
Page 2

Case 3:23-cv-00216-HRH   Document 1-1   Filed 09/18/23   Page 2 of 4

causing harm to the plaintiff.

11. The plaintiff was not negligent.

12. The defendant is liable for past and/or future: medical expense, pain, suffering, loss of earnings, disfigurement, loss of capacity for enjoyment of life, inconvenience, physical impairment, and other non-pecuniary damages to be more fully set forth at trial, all in an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

WHEREFORE, having fully pled plaintiff's complaint, plaintiff requests a judgment against defendant for an amount greater than $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) to be established by the trier of fact, plus interest, costs and attorney fees and such other relief as the court deems just.

DATED at Anchorage, Alaska this 16TH day of August, 2023.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

4590/01 Complaint
Michaud v Safeway Inc.
Page 3

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

GLORIA SHRIVER, )
)
        Plaintiff, )
)
vs. )
) CASE NO. 3AN-23-07818 CI
COSTCO WHOLESALE CORP., )
) SUMMONS AND
        Defendant. ) NOTICE TO BOTH PARTIES
) OF JUDICIAL ASSIGNMENT

To Defendant: COSTCO WHOLESALE CORP.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at **825 W 4th Avenue, Anchorage, Alaska 99501** within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) **JEFF BARBER**, whose address is: **540 E Fifth Avenue, Anchorage, AK 99501**.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

AUG 16 2023

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☒ This case has been assigned to Superior Court Judge **Walker** and to a magistrate judge.
☐ This case has been assigned to District Court Judge _____

CLERK OF COURT

8/16/23
Date

By: W. Ta____
Deputy Clerk

I certify that on 8/16/23 a copy of this Summons was [ ] mailed [☒] given to
[ ] plaintiff [☒] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk W.T.

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside of the United States, you also have 40 days to file your answer.